```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3029 |
| v. | ) | |
| | ) | |
| JEFFREY D. MATTSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

It has been brought to my attention that the written judgment entered in this case was different from the sentence announced at the sentencing hearing.  Two conditions of probation were inserted into the judgment which, although they were part of the sentencing recommendation, were not part of the sentence announced from the bench.  Therefore, on the court's own motion pursuant to Fed. R. Crim. P. 36,

IT IS ORDERED,

The judgment entered on August 23, 2005, filing 62, is hereby amended as follows:  On page 3, by deleting paragraphs 1 and 3.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge